FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC -2 PM 12: 06

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATION
### OF THE FEDERAL GUN CONTROL ACT

04-364

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
|---|---|---|
| v. | * | SECTION: SECT. F MAG. 3 |
| DENNIS BROWN | * | VIOLATION: 18 U.S.C. § 922(g)(1) |
|  |  | 18 U.S.C. § 924(a)(2) |
|  | * |  |

\* \* \*

The Grand Jury charges that:

### COUNT 1

On or about July 2, 2004, in the Eastern District of Louisiana, the defendant, **DENNIS BROWN**, having previously been convicted of crimes punishable by imprisonment for terms exceeding one year, to wit, a conviction on May 22, 2003, in case number 436-991 "G" of Orleans Parish, State of Louisiana, for possession with the intent to distribute crack cocaine, in violation of LA R.S. 40:967(B)(1), and a conviction on May 22, 2003, in case number 436-877 "G" of Orleans Parish, State of Louisiana, for possession of crack cocaine, in violation of LA R.S. 40:967(C)(2), did knowingly possess in and affecting commerce a firearm, to wit, a Taurus, model 66, .357 caliber

-1-

Fee __ USA
Process __
X Dktd Caa
CtRmDep __
Doc. No. __1

revolver, bearing serial number 5219721; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924 (d)(1), Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count 1, defendant, **DENNIS BROWN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), Title 28 United States Code, Section 2461(c), and Title 21, United States Code, Section 853, the seized firearm listed in Count 1 of this indictment, which was involved in or used in a knowing violation of Title 18, United States Code, Section 922, as alleged in Count 1 of the Indictment. All in

violation of Title 18, United States Code, Sections 922 and 924(d)(1) and Title 21, United States Code, Section 853.

A TRUE BILL:

*/s/ Joseph _____*
FOREPERSON

*/s/ Jim Letten*
JIM LETTEN, #8517
UNITED STATES ATTORNEY

*/s/ Jan Maselli Mann*
JAN MASELLI MANN #9020
FIRST ASSISTANT UNITED STATES ATTORNEY

*/s/ Matthew M. Coman*
MATTHEW M. COMAN, #23613
ASSISTANT UNITED STATES ATTORNEY

New Orleans, Louisiana
December 2, 2004

No.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

THE UNITED STATES OF AMERICA

vs.

DENNIS BROWN

INDICTMENT FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT

VIOLATION: 18 USC § 922(g)(1) and 18 USC § 924(a)(2)

A TRUE BILL:

_____

Filed this _____ day of December 2004

_____
Clerk

_____
MATTHEW M. COMAN, ASSISTANT U.S. ATTORNEY